## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 25, 2014

Ms. Laura Metcoff Klaus
Greenberg Traurig
2101 L Street, N.W.
Suite 1000
Washington, DC 20037

Re: Case No. 14-3672, *Brandywine Explosives & Supply, et al v. OWCP, et al*
Originating Case No. : 13-0442 BLA

Dear Counsel,

Your motion to extend the filing of your brief has been **GRANTED**. The briefing schedule for this case has been reset and the briefs and appendices listed below must be filed electronically with the Clerk's office no later than these dates.

| | |
|---|---|
| Petitioner's Brief<br>Appendix (if required by 6th Cir.<br>  R. 30(c) and (f)) | Filed electronically by **October 2, 2014** |
| Respondent's Brief<br>Appendix (if required by 6th Cir.<br>  R. 30(c) and (f)) | Filed electronically by **November 6, 2014** |
| Petitioner's Reply Brief<br>(Optional) | Filed electronically **17** days after<br>the respondent's brief is filed.<br>See Fed. R. App. P. 26(c) |

A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard. *See* 6th Cir. R. 34(a). If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will do what it can to avoid any dates which counsel have called to its attention as presenting a conflict. If you have any such dates, you should address a letter to the Clerk advising of the conflicted dates.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Ms. Helen H. Cox
     Mr. Richard Dean Kennard
     Mr. Jerry Murphree
     Ms. Rita Ann Roppolo